No. 212. RADIUM DIAL CO. *v.* RYAN, CLERK OF THE CIRCUIT COURT OF LA SALLE COUNTY. October 9, 1939. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Louisville & Nashville R. Co.* v. *Schmidt*, 177 U. S. 230, 236; *Holmes* v. *Conway*, 241 U. S. 624, 631–632; *Hardware Dealers Mutual Fire Ins. Co.* v. *Glidden Co.*, 284 U. S. 151, 158; *Snyder* v. *Massa-*

chusetts, 291 U. S. 97, 1Q5. *Messrs. Walter Bachrach* and *Arthur Magid* for appellant. *Messrs. Taylor E. Wilhelm* and *Leonard J. Grossman* for appellee.